```
                 UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION
```

SIMONE M. HARDISON,            )
                               )
        Plaintiff,             )
                               )
             v.                )    NO.  3:10-0171
                               )    Judge Wiseman/Bryant
MICHAEL J. ASTRUE,             )
                               )
        Defendant.             )

## ORDER TO SHOW CAUSE

Plaintiff Simone M. Hardison, proceeding pro se, has filed her complaint seeking review of denial of Social Security benefits (Docket Entry No. 1).

After the administrative record was filed on April 13, 2010, the Court entered an order on April 14, 2010, directing the plaintiff to file a motion for judgment on the administrative record and a supporting brief within thirty days (Docket Entry No. 15). Despite this order, plaintiff has failed to file her motion for judgment and supporting brief within the deadline of Monday, May 17, 2010, established by the Court.

Plaintiff is hereby **ORDERED** to show cause on or before **Wednesday, June 30, 2010**, why her complaint should not be dismissed for failure to prosecute. Plaintiff is admonished that her failure to respond to this order may cause the undersigned Magistrate Judge to recommend that her complaint be dismissed.

It is so **ORDERED**.

                                                s/ John S. Bryant  
                                                JOHN S. BRYANT  
                                                United States Magistrate Judge