IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SIMONE M. HARDISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:10-0171 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Magistrate Judge Bryant has made a Report and Recommendation in which he recommends dismissal of this case for failure to prosecute. This was not done until pro se Plaintiff had been accorded great latitude for her failure to comply with orders of the Court. A briefing schedule was entered by the Magistrate Judge and Plaintiff had 30 days to file a Motion for Judgment on the Pleadings. Sixty days passed without action by the Plaintiff and Defendant filed a Motion to Show Cause why the case should not be dismissed for failure to prosecute. This Motion was granted and Plaintiff was given until June 30, 2010 to show cause. On June 30, 2010 Plaintiff requested a 30-day extension of the deadline to seek counsel. She was granted the extension. Ten days before the extension date she filed a pro se Motion for Appointment of Counsel. This was denied on July 22, 2010. From that date until the Magistrate Judge filed his Report and Recommendation, November 5, 2010, she filed nothing nor took any action to prosecute her case. Since she failed to show cause why it should not be granted, the Magistrate Judge granted the Motion to Dismiss for failure to prosecute.

Plaintiff now files a handwritten objection to the Report and Recommendation In which she argues the merits of her Petition but offers no explanation of her failure to prosecute her case. The latitude accorded Plaintiff throughout this case has not produced compliance with the orders of the Court.

The Report and Recommendation is adopted as the findings of this Court, and this case is **DISMISSED**

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge